[No. 69138-4-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNELL TIMOTHY WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09497-7, Catherine D. Shaffer, J., entered April 13, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 69375-1-I.   Division One.   March 4, 2013.]

GREGORY R. SWILLING, *Respondent*, v. SUSAN FAY BENGSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-05880-6, Thomas J. Wynne, J., entered December 16, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 41832-1-II.   Division Two.   March 5, 2013.]

MARIE BARNETT ET AL., *Respondents*, v. SEQUIM VALLEY RANCH, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-2-00912-7, George L. Wood, J., entered February 4, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren and Penoyar, JJ. Now published at 174 Wn. App. 475.

[No. 42033-3-II.   Division Two.   March 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD ARGUS GREENLEE III, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-01227-1, Michael H. Evans, J., entered April 12, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Van Deren, J.